■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN BENJAMIN, Also Known as IRVIN BENJAMIN, Appellant. [869 NYS2d 912]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 22, 2003 (*People v Benjamin,* 2 NY3d 737 [2004]), affirming a judgment of the Supreme Court, Queens County, rendered July 11, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Miller, JJ., concur.